**Ronald L. BANDY, Donnell White and William E. Wright, Movants–Appellants,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41683.**

Missouri Court of Appeals, Western District.

Dec. 12, 1989.

James A. Brightman, Asst. Sp. Public Defender, Kansas City, for movants-appellants.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

**720**

## ORDER

PER CURIAM:

Direct appeal from dismissals of Rule 24.035 and 29.15 motions for post-conviction relief.

Affirmed.   Rule 84.16(b).